UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY KAPLAN,<br><br>   Plaintiff,<br><br> -against-<br><br>DOTDASH MEREDITH CORPORATION, et al.,<br><br>   Defendants. | 21-CV-10950 (ALC) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

 For the reasons stated on the record during today's telephonic conference, it is hereby ORDERED that any letter-applications requesting relief concerning the parties' written discovery requests to date shall be filed no later than **September 9, 2022,** in compliance with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices.

Dated: New York, New York
   August 22, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**