MEMO ENDORSED

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___Nov. 9, 2022___

**Michael J. Willemin**
mwillemin@wigdorlaw.com

November 7, 2022

**VIA ECF**

The Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007-1312

      Re:    Kaplan v. Dotdash Meredith Corporation and Entertainment Weekly;
              Civil Action No.: 1:21-cv-10950-ALC-BCM

Dear Judge Moses:

We represent Plaintiff Brittany Kaplan in the above-referenced matter and write on behalf of all parties to inform the Court that the parties have reached an agreement on settlement in principle and respectfully request thirty (30) days to prepare and execute a written settlement agreement. The parties further respectfully request that the settlement conference currently scheduled for November 14, 2022 be taken off the calendar considering the circumstances.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Michael J. Willemin

It is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Nov. 9, 2022